**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sunrise International Leasing Corporation, a Minnesota corporation, d/b/a Sunrise Leasing Corporation,

Case No.: 01-1666 (PAM/SRN)

v.

**ORDER**

Innovative Communications Technologies, Inc.,

Defendant.

---

The above-entitled matter came on for hearing before the undersigned on a motion for leave to withdraw by the law firm of Fafinski Mark & Johnson, P.A. and a motion to compel brought by Plaintiff. Attorney Erik F. Hansen appeared on behalf of the moving law firm. Attorney Jessica L. Roe of the law firm of Bernick & Lifson, P.A. appeared on behalf of Plaintiff. Having considered all of the files, pleadings and records herein, including the motion papers, affidavits and arguments of counsel,

**IT IS HEREBY ORDERED** that the law firm of Fafinski Mark & Johnson, P.A. is conditionally granted leave to withdraw as counsel for Defendant Innovative Communication Technologies, Inc. provided that counsel send a certified a letter to Innovative Communication Technologies, Inc., by Friday July 26, 2002, explaining the following issues:

1. That Innovative Communication Technologies, Inc. is under a continuing obligation to comply with lawful discovery requests of Plaintiff and failure to do so will result in sanctions up to and including entry of default judgment against Innovative Communication Technologies, Inc.;

2. That a motion to compel is presently pending before the court and that sanctions may be imposed upon Innovative Communication Technologies, Inc. as a result of said motion;

JUL 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. That Minnesota law requires that a corporation be represented by counsel in all legal proceedings;

4. That failure to obtain substitute counsel by August 23, 2002 will result in a default motion being granted against Innovative Communication Technologies, Inc.; and

5. That the court has a scheduling order in place and that a jury trial is currently scheduled for November 1, 2002.

IT IS FURTHER ORDERED that Plaintiff's motion to compel is stayed until August 23, 2002.

Date: July 25, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge