# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation,
a MN corporation d/b/a Sunrise Leasing Corp.

v.

Innovative Communications Technologies,
a Nevada corporation

Case No. Civil 01-1666 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Judgment shall be entered in favor of plaintiff and against defendant in the principal amount of $284,245.66 together with interest accruing on the principal balance after 10/14/02 at the rate of 446.73 per day until the date of entry of judgment.

2. If it is determined that equipment still remains in defendant's possession after a full and complete audit of the equipment returned by defendant on 9/5/02, plaintiff is entitled to immediate possession of the same or in the alternative is entitled to an additional judgment in an amount equal to the market value of the equipment.

DATE: October 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery , Deputy Clerk